ROBERT A. PIERING, ESQ.; STATE BAR NO. 166858
**PIERING LAW FIRM**
775 University Avenue
Sacramento, CA 95825
Phone: (213) 389-3765
Email: rob@pieringlawfirm.com
jessicar@pieringlawfirm.com
gabby@pieringlawfirm.com
zakrey@pieringlawfirm.com

DANIEL S. GLASS, ESQ.; STATE BAR NO. 140819
**LAW OFFICE OF DANIEL S. GLASS**
641 Fulton Ave., Suite 200
Sacramento, Ca 95825
Phone: (916) 483-1971
Fax.: (916) 483-1371
dsglawyer@sbcglobal.net

Attorneys for Plaintiff FATIMA EPES

STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
ERIC J. PALMER, ESQ.: STATE BAR NO. 231207

**THARPE & HOWELL, LLP**
**15250 Ventura Boulevard,**
**Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**
E-Mail: sforman@tharpe-howell.com
E-Mail: epalmer@tharpe-howell.com

Attorneys for Defendant,
WALMART INC. (DOE 1)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATIMA EPES<br><br>Plaintiff,<br><br>v.<br><br>WALMART, a business organization of unknown status; DORISMAR CERVANTES; and DOES 1-500, Inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02982-JAM-JDP<br>*[Assigned to Senior District Judge John A. Mendez and Magistrate Judge Jeremy D. Peterson]*<br><br>*Civil Unlimited Jurisdiction*<br>*[Solano County Superior Court; Case No. CU25-05869]*<br><br>**STIPULATION AND REQUEST FOR ORDER CONTINUING RULE 26(f) REPORT FILING; ORDER**<br><br>Complaint Filed: June 25, 2025 |

- 1 -

**STIPULATION AND REQUEST FOR ORDER CONTINUING
RULE 26(f) REPORT FILING DEADLINE; ORDER**

TO THE HONORABLE DISTRICT COURT:

THE PARTIES TO THIS ACTION, on one hand Plaintiff FATIMA EPES ("Plaintiff"), and on the other hand Defendant WALMART INC. ("Walmart," and collectively with Plaintiff, "the Parties"), by and through their undersigned counsel of record, hereby stipulate and request an Order permitting the filing deadline for the Parties' joint Rule 26(f) report be continued as follows:

WHEREAS,

1. On October 15, 2025, Walmart removed the instant action from the Solano County Superior Court to the United States District Court for the Eastern District Court [DOC 1];

2. On November 4, 2025, Plaintiff filed a noticed motion to remand this action to state court and for an attorney fee award against Walmart and its counsel ("motion to remand") [DOC 5, 5-1 to 5-3];

3. On November 18, 2025, the District Court issued notice re-assigning this action to Senior District Judge John A. Mendez and Magistrate Judge Jeremy D. Peterson [DOC 11];

4. On November 18, 2025, Judge Mendez issued an order requiring, *inter alia*, that the Parties meet and confer and file a joint status report that includes the Rule 26(f) discovery plan ("joint Rule 26(f) report") within sixty (60) days of federal removal [DOC 12];

5. On November 21, 2025, Plaintiff re-noticed her motion to remand to be heard before Judge Mendez on December 9, 2025 [DOC 13];

6. On November 22, 2025, the District Court issued a minute order vacating the December 9, 2025 motion hearing and taking the motion to remand under submission [DOC 15];

7. Plaintiff's motion to remand is now fully briefed, and the Parties are awaiting a ruling from the Court and/or notice of re-scheduling the motion

hearing for oral argument;

The Parties agree and stipulate that, based on the foregoing, there is good cause to continue the filing deadline for their joint status report and Rule 26(f) discovery plan. Should the Court grant Plaintiff's motion to remand and return the action to the jurisdiction of the Solano County Superior Court, the preparation and filing of the joint Rule 26(f) report will be moot.

Conversely, if the Court was to retain jurisdiction of this matter, the Parties will only then be able to engage in a meaningful meet and confer discussion about a discovery plan and how this case might proceed in this Court.

THEREFORE, in the interest of conserving time and judicial resources, based on the aforesaid stipulated matters, the Parties request that:

1. The District Court issue an order continuing the Parties' deadline to file their joint Rule 26(f) report to 30 calendar days from the date on which the Court issues its final ruling on Plaintiff's motion to remand if, and only if, Plaintiff's Motion to Remand is denied.

Dated: December 11, 2025                LAW OFFICE OF DANIEL S. GLASS

                                        By:   /s/ Daniel S. Glass
                                              DANIEL S. GLASS
                                              Attorney for Plaintiff
                                              FATIMA EPES

Dated: December 11, 2025                PIERING LAW FIRM

                                        By:   /s/Robert A. Piering
                                              ROBERT A. PIERING
                                              Attorney for Plaintiff
                                              FATIMA EPES

**STIPULATION AND REQUEST FOR ORDER CONTINUING
RULE 26(f) REPORT FILING DEADLINE; ORDER**

Dated: December 11, 2025                                  THARPE & HOWELL, LLP


                                              By: _____
                                                  STEPHANIE FORMAN
                                                  ERIC J. PALMER
                                                  Attorneys for Defendant,
                                                  WALMART INC.

*Pursuant to Rule 131(e), Eric Palmer, the filer of this document, attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.*

**STIPULATION AND REQUEST FOR ORDER CONTINUING
RULE 26(f) REPORT FILING DEADLINE; ORDER**

**ORDER**

**IT IS SO ORDERED:**

1) Should Plaintiff's Motion to Remand be granted, this matter is moot and no Rule 26(f) statement need be filed;

2) Alternatively, if Plaintiff's Motion to Remand is denied, the parties are hereby Ordered to submit a Joint Status Report pursuant to Rule 26(f) no more than 30 days after the Court's Order.

Dated:  December 15, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

**STIPULATION AND REQUEST FOR ORDER CONTINUING
RULE 26(f) REPORT FILING DEADLINE; ORDER**